MAY 28, 2002

No. 00–1699.  BELLSOUTH TELECOMMUNICATIONS, INC. *v.* NORTH CAROLINA UTILITIES COMMISSION ET AL.  C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for fur-

ther consideration in light of *Verizon Md. Inc.* v. *Public Serv. Comm'n of Md., ante*, p. 635. JUSTICE O'CONNOR took no part in the consideration or decision of this case.